**FILED**
CLERK, U.S. DISTRICT COURT

February 13, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ____VPC____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

PABLO DURAN, an individual;
MARIA DURAN, an individual,

      Plaintiffs,

      v.

WELLS FARGO BANK, N.A.;
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP; and DOES 1
through 20, inclusive,

      Defendants.

CASE NO.: 2:16-cv-08510-SJO-GJS

**JUDGMENT OF DISMISSAL**

*[Assigned to the Honorable S. James Otero]*

1     On February 7, 2017, the Court entered an Order granting the Motion to

2  Dismiss the First Amended Complaint, filed by defendant WELLS FARGO

3  BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a

4  Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") and

5  joined by Barret Daffin Frappier Treder & Weiss, LLP ("Barrett"), dismissing the

6  First Amended Complaint in its entirety.

7     Accordingly:

8     **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

9     1.     The First Amended Complaint is dismissed, as to both Wells Fargo

10  and Barrett, as to all causes of action, with prejudice;

11     2.     Judgment is entered in favor of defendants WELLS FARGO BANK,

12  N.A. and BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP; and

13     3.     Plaintiffs, Pablo Duran and Maria Duran will recover nothing in this

14  action from either defendant WELLS FARGO BANK, N.A. or BARRETT

15  DAFFIN FRAPPIER TREDER & WEISS, LLP.

16

17

18

19  DATED:  2/13/17                    _____

20                                      HON. S. JAMES OTERO
                                        UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.   I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten, LLP, 301 N. Lake Avenue, Suite 1100, Pasadena, California  91101.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL**

on the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System:*

| | |
|---|---|
| *Attorneys for Plaintiffs*<br>*Pablo Duran and Marian Duran:*<br><br>Jack Ter-Saakyan, Esq.<br>Kenley Dygert, Esq.<br>JT LEGAL GROUP, APC<br>801 N. Brand Blvd., Suite 1130<br>Glendale, CA 91203<br>Tel.: (818) 745-1594 | Fax: (747) 444-2369<br>Emails: jack@jtfirm.com;<br>kenley@jtlegalgroup.com | *Attorneys for Defendant*<br>*Barrett Daffin Frappier*<br>*Treder & Weiss, LLP:*<br><br>Edward A. Treder, Esq.<br>James T. Lee, Esq.<br>BARRETT DAFFIN FRAPPIER<br>TREDER & WEISS, LLP<br>20955 Pathfinder Rd., Suite 300<br>Diamond Bar, CA 91765<br>Tel.: (626) 915-5714 | Fax: (626) 915-0289<br>Emails: edwardt@bdfgroup.com;<br>jamesl@bdfgroup.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on **February 8, 2017**.

_____                    _____
Lina Velasquez                                              */s/ Lina Velasquez*
(Type or Print Name)                              (Signature of Declarant)

CASE NO. 2:16-CV-08510-SJO-GJS
CERTIFICATE OF SERVICE